# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 17, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136394

JUSTIN FULLER, Personal
Representative of the Estate of
Robert M. Fuller,
          Plaintiff-Appellant,

v

ALI A. ESFAHANI, M.D.,
GENESYS REGIONAL MEDICAL
CENTER, WILLIAM V.
ZEMNICKAS II, D.O., and
SURGICAL SPECIALISTS, P.C.,
          Defendants-Appellees,

and

WALTER F. BARKEY, M.D. and
McLAREN HEALTH CARE CORP.,
          Defendants.
_____/

SC: 136394
COA: 271368
Genesee CC: 2001-070920-NH

On order of the Court, the application for leave to appeal the March 27, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 17, 2008

_Corbin R. Davis_
Clerk

d0910